**STATE of Missouri, Respondent,**

v.

**Wilbert HUNTER, Appellant.**

**No. 49045.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 2, 1985.

Debra Buie Arnold, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM.

Defendant, Wilbert Hunter, appeals from his convictions, after a jury trial, of possession of burglar's tools, trespass first degree, and property damage third degree. He was sentenced as a prior and persistent offender to imprisonment for a total of seven years. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Thomas A. HUNT, Appellant.**

**No. WD 35862.**

Missouri Court of Appeals,
Western District.

April 2, 1985.

William L. Orr, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

**ORDER**

PER CURIAM.

This is a direct appeal from a jury conviction for tampering, first degree, in violation of § 569.080.1(2), RSMo 1978.

Judgment affirmed. Rule 30.25(b).